# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:22-cr-62 |
| ) | |
| PLAINTIFF, ) | CHIEF JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | ORDER ON VIOLATION OF |
| ) | CONDITIONS OF SUPERVISED |
| ) | RELEASE |
| JOSHUA P. JAVIS, ) | |
| ) | |
| DEFENDANT. ) | |

A Violation Report was filed in this case on October 11, 2024.[1] The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Armstrong reported that a supervised release violation hearing was held on October 29, 2024. The defendant admitted to the following violations:

1. Illicit Drug Use;
2. Illicit Drug Use;
3. Attempted Falsification of Urine Screen
4. Failure to Comply with Substance Use Testing; and
5. Failure to Comply with Mental Health Treatment.

The magistrate judge filed a report and recommendation on October 29, 2024, recommending that the Court find that the defendant has violated the conditions of his

---

[1] A Superseding Violation Report, adding two additional violations (violations 6 and 7), was filed on 11/7/2024.

supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

Additionally, a supervised release violation hearing was conducted on November 15, 2024. Present were the following: Assistant United States Attorney Jason Katz, representing the United States; Attorney Leif Christman, representing the defendant; the defendant Joshua P. Javis, and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Additionally, the defendant waived his right to an evidentiary hearing and admitted to two additional violations (violations 6 and 7) that were included in the Superseding Violation Report filed on November 7, 2024:

6. Illicit Drug Use; and
7. Failure to Comply with Substance Use Treatment.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5, in addition to violation numbers 6 and 7 that were admitted during the November 15 hearing.

IT IS ORDERED that the defendant's supervised release is modified as follows:

(1) As soon as a bed is available, the defendant is to be released from custody to Community Assessment & Treatment Services (CATS) in Cleveland, Ohio, for a minimum of thirty (30) days.

(2) Following the successful completion of the in-patient treatment program, the defendant must participate in the supportive housing program at CATS for a minimum of four (4) months and must follow all the program rules and successfully complete the supportive housing program.

(3) Defendant must also take all mental health medications that are prescribed by his treating physician.

All other terms and conditions of defendant's supervised release shall remain in effect.

**IT IS SO ORDERED**.

Dated: November 15, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**