# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-62 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSHUA JAVIS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 18, 2024. The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Armstrong reported that a supervised release violation hearing was held on January 7, 2025. The defendant admitted to the following violations:

1. Failure to Comply with Substance Use Treatment; and
2. Whereabouts Unknown.

The magistrate judge filed a report and recommendation on January 7, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on January 28, 2025. Present were the following: Assistant United States Attorney Jason Katz, representing the

United States; Attorney Leif Christman, representing the defendant; the defendant Joshua Javis, and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 8 months, with credit for time served to date. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 28, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**